GEORGE W. GUILEY v. SUSANNAH GUILEY.

Appeal from Saginaw. Submitted June 30. Decided July 1.

BILL for divorce. Complainant appeals. Reversed and decree granted.

*John E. Nolan* for complainant.

*Albert Trask* for defendant.

GRAVES, J. Without going into any discussion of the facts it is sufficient to observe that the case made by the proof entitled the complainant in our opinion to a decree.

The decree below will therefore be reversed and one entered granting the divorce prayed for.

The other Justices concurred.